**Mesert Hailu BEDASSO, Petitioner,**

v.

**John D. ASHCROFT, United States Attorney General, Respondent.**

**No. 03–2009.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 10, 2004.

Decided: March 26, 2004.

Joe W. Nesari, Law Office of J.W. Nesari, L.L.C., Herndon, Virginia, for Petitioner.

Peter D. Keisler, Assistant Attorney General, David V. Bernal, Assistant Director, Colette J. Winston, Office of Immigration Litigation, Washington, D.C., for Respondent.

Before NIEMEYER, MICHAEL, and SHEDD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mesert Hailu Bedasso, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals ("Board") denying her motion to reopen immigration proceedings. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying Bedasso's motion to reopen. *See* 8 C.F.R. § 1003.2(a) (2003); *INS v. Doherty,* 502 U.S. 314, 323–24, 112 S.Ct. 719, 116 L.Ed.2d 823 (1992). Accordingly, we deny the petition for review on the reasoning of the Board. *See In re: Hailu,* No. A75–381–424 (B.I.A. July 31, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*